UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Polartec LLC and MMI-IPCO, LLC**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Kingwhale Industries, Inc. and Concept III Textiles, Inc.**<br><br>**Defendants.** | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiffs Polartec LLC and MMI-IPCO, LLC ("Plaintiffs"), by and through their undersigned counsel, bring this action for patent infringement against Kingwhale Industries, Inc. and Concept III Textiles, Inc. ("Defendants").

## PARTIES

1. Plaintiff Polartec LLC ("Polartec") is a limited liability company organized and existing under the laws of Delaware, with a principal place of business at 46 Stafford St., Lawrence, MA 01841.

2. Plaintiff MMI-IPCO, LLC ("MMI") is a limited liability company organized and existing under the laws of Delaware, with a principal place of business at 2929 Arch Street, Philadelphia, Pennsylvania 19104.

3. Defendant Kingwhale Industries, Inc. ("Kingwhale") is a corporation organized and existing under the laws of Taiwan and has a principal place of business at 9F, No. 2, Lane 258, Rueiguang Road, Neihu Technology Park, Taipei 114, Taiwan, and a principal place of business at 130 Maple Ave. Ste. 7B, Red Bank, New Jersey 07701.

4. Defendant Concept III Textiles, Inc. ("Concept III") is a corporation organized and existing under the laws of New Jersey and has a principal place of business at 130 Maple Ave. Ste. 7B, Red Bank, New Jersey 07701.

## JURISDICTION AND VENUE

5. This is an action for patent infringement arising under the laws of the United States, Title 35 of the United States Code.

6. The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) for claims arising under the patent laws of the United States.

7. The Court has personal jurisdiction over the Defendants because the Defendants transact business within this forum and because Defendants' conduct outside this jurisdiction is causing injury in this forum.

8. Venue is proper in this Court, pursuant to 28 U.S.C. §§ 1391(b), 1391(d) and 1400, in that a substantial part of the events giving rise to the claims occurred in this district, Defendants reside in this district pursuant to 28 U.S.C. § 1391(c), and Defendants transact business in this district.

## GENERAL ALLEGATIONS

9. On August 9, 2005, United States Patent No. 6,927,182 ("the '182 Patent"), titled "Enhanced Composite Sweatshirt Fabric With Knit Constructed Channels," was duly and legally issued by the United States Patent and Trademark Office. A true and correct copy of the '182 Patent is attached as Exhibit A to this Complaint.

10. MMI is the owner of all right, title and interest in and to the '182 Patent.

11. Polartec is the exclusive licensee of all right, title and interest in and to the '182 Patent.

12. Certain products made, used, sold and offered for sale by Defendants incorporate or embody the inventions claimed in the '182 Patent.

13. On or about June 1, 2006, the owner of the '182 Patent notified Kingwhale that its products were potentially infringing the '182 Patent.

## FIRST CAUSE OF ACTION
### (Infringement of the '182 Patent)

14. Plaintiffs re-allege and incorporate the allegations of paragraphs 1-13 of this Complaint as if set forth at length and in full herein.

15. Defendants' products made, used, sold or offered for sale incorporate each and every element of one or more of the claims of the '182 Patent and are therefore covered by the '182 Patent.

16. By their actions, Defendants have infringed, and are infringing, one or more of the claims of the '182 Patent.

17. Defendants' infringing conduct has been and continues to be unlawful and willful.

18. As a result of Defendants' acts of infringement, Plaintiffs have suffered and will continue to suffer damages in an amount to be proved at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for entry of judgment against Defendants as follows:

A. that Defendants infringe the '182 Patent;

B. that Defendants have actively induced others to infringe the '182 Patent;

C. that Defendants' infringement of the '182 Patent is willful;

D. that Defendants, their officers, directors, affiliates, agents, servants, employees and attorneys, and all those persons in privity or in concert with any of them, be preliminarily and permanently enjoined from infringement of the '182 Patent;

    E.    that Plaintiffs be awarded their damages for infringement of the '182 Patent, and that damages be trebled; and

    F.    that this case be declared to be exceptional in favor of Plaintiffs under 35 U.S.C. § 285, and that Plaintiffs be awarded their costs, attorneys' fees, and other expenses incurred in connection with this action.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial.

Dated: March 4, 2010

4617283

Respectfully submitted,

    /s/ *Matthew S. Barrett*

    Michael H. Bunis (BBO # 566839)
    Matthew S. Barrett (BBO # 673882)
    Choate, Hall & Stewart LLP
    Two International Place
    Boston, MA 02110
    Tel: (617) 248-5000
    Fax: (617) 248-4000
    mbunis@choate.com
    mbarrett@choate.com